USDC SCAN INDEX SHEET











CAPUTO

T G AND Y

BAR    12/2/97    10:26

3:96-CV-00364

*49*

*DFLT.*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

JUN 2 1997

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Michele Caputo

Plaintiff,

vs

TG & Y; MFT, et. Al.,

Defendant,

Civil No.    96cv364E(JFS)

**DEFAULT**

It appears from the records in the above entitled action that Summons issued on the amended Complaint filed on 01/14/97 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered.

MFT

DATED:    December 2, 1997

ROBERTA WESTDAL, CLERK

By: _____

Beverly Robinson, Deputy